# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD NORBERT GEORGE,
     Appellant,

vs.

THE STATE OF NEVADA,
     Respondent.

No. 74014

FILED

NOV 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a second amended judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the second amended judgment of conviction on May 8, 2017. Appellant did not file the notices of appeal, however, until September 11, 2017, and October 5, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

[1]In light of this order, we take no action on the pro se motions filed on October 18, 26, and 30, 2017.

cc:    Hon. Stefany Miley, District Judge
Donald Norbert George
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk